# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| HOTLZMAN ENTERPRISES, INC., on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No.: 1:21-cv-01441-STV<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses with prejudice the above-entitled action against all Defendants.

Dated: July 28, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:　/s/ Richard S. Cornfeld
　　　　　　　　　　　　　　　　　　　　Richard S. Cornfeld
　　　　　　　　　　　　　　　　　　　　Daniel S. Levy
　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF RICHARD S. CORNFELD, LLC
　　　　　　　　　　　　　　　　　　　　1010 Market Street, Suite 1645
　　　　　　　　　　　　　　　　　　　　St. Louis, Missouri 63101
　　　　　　　　　　　　　　　　　　　　P. 314-241-5799
　　　　　　　　　　　　　　　　　　　　F. 314-241-5788
　　　　　　　　　　　　　　　　　　　　rcornfeld@cornfeldlegal.com
　　　　　　　　　　　　　　　　　　　　dlevy@cornfeldlegal.com

　　　　　　　　　　　　　　　　　　And

　　　　　　　　　　　　　　　　　　Kevin S. Hannon, #16015
　　　　　　　　　　　　　　　　　　THE HANNON LAW FIRM, LLC
　　　　　　　　　　　　　　　　　　1641 Downing Street
　　　　　　　　　　　　　　　　　　Denver, Colorado 80218
　　　　　　　　　　　　　　　　　　Tel: (303) 861-8800
　　　　　　　　　　　　　　　　　　Fax: (303) 861-8855
　　　　　　　　　　　　　　　　　　khannon@hannonlaw.com

　　　　　　　　　　　　　　　　　　And

        Mark C. Goldenberg
Thomas P. Rosenfeld
Kevin P. Green
GOLDENBERG HELLER & ANTOGNOLI, P.C.
2227 South State Route 157
Edwardsville, IL 62025
P: 618-656-5150 / F: 618.656.6230
mark@ghalaw.com
tom@ghalaw.com
kevin@ghalaw.com

And

Anthony S. Bruning
Anthony S. Bruning, Jr.
Ryan L. Bruning
THE BRUNING LAW FIRM, LLC
555 Washington Avenue, Suite 600
St. Louis, Missouri 63101
P. 314-735-8100 / F. 314-898-3078
tony@bruninglegal.com
aj@bruninglegal.com
ryan@bruninglegal.com

And

Alfredo Torrijos
ARIAS SANGUINETTI WANG & TORRIJOS, LLP
6701 Center Drive West, 14th Floor
Los Angeles, CA
T: (310) 844-9696
F: (310) 861-0168
alfredo@aswtlawyers.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of July, 2021, the foregoing was filed with the Court Clerk via the Court's electronic filing system and served on upon all counsel of record via the Court's electronic notification system.

                                        */s/ Richard S. Cornfeld*